IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* Non-Prisoner Complaint Form

RECEIVED
USDC, CLERK GREENVILLE,
2015 MAR -9 AM 10: 33

*[Enter the full name of the plaintiff in this action]*

Benjamin Lewis Anderson

Civil Action No. _____
*(to be assigned by Clerk)*

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

Davita Upstate Dialysis Center

If allowed by statute, do you wish to have a trial by jury? Yes ✓   No ___
*[If any answer requires additional space, please use additional paper and attach hereto.]*

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes **X**   No ___

It is a civil lawsuit

B. If your answer to A is Yes, describe the lawsuit in the space below. *[If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1. Parties to this previous lawsuit:
   Plaintiff: Benjamin L. Anderson
   Defendant(s): Davita Upstate Dialysis Center
2. Court: The Court of Common Pleas of Greenville County

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: 2014-CP-23-06070 - Greenville County

4. Name(s) of Judge(s) to whom case was assigned: Barber

5. Status of Case: Still Pending
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: November 5, 2013

7. Date of disposition (if concluded): Pending

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____   No __X__

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: Benjamin L. Anderson

   Address: 445 W. Rebound Rd. Lancaster, S.C. 29720

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Davita Upstate Dialysis Center

   Address: 308 Mills Ave. Greenville, S.C. 29605

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):

   The other defendant is outside of the Jurisdiction for the District Court of South Carolina, which Defendant is Loma Linda University Medical Center of The Adventist Health System, Loma Linda California

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.*

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

Racial Harrassment of Plaintiff, while undergoing dialysis. Plaintiff was treated differently from those similarly situated. Plaintiff was subjected to a conspiratorial effort to deprive him of his civil rights, because several years ago he filed a Title VII discrimination suit on a major university medical center. This group brought Davita upstate Dialysis center on board to disparage his reputation as well as his life. All of the Davita dialysis employees which abused me were caucasion. Plaintiff had to go to emergency room after these events. Davita upstate Dialysis center wanted me distraught and injured.

Peggy Roper, RN white female stated, "Boy that's a a bunch bullsh.t, Time-0830 hrs November 16, 2013
Peggy Roper, RN - "That's why that crazy boy protested us... that is why I Lied." - November 19, 2013 - 0800 hrs
The above statements were made while I was actively receiving dialysis at Davita Upstate.
Michele Owens, dialysis Technician, white female stated while Plaintiff was on dialysis....
"They wouldn't do our whites like that."
Elizabeth Reed, RN, white, did not disparage Plaintiff. Ms Reed Informed Kevin Donavan, the Facility Administrator that his Administrative Assistant sexually harassed Plaintiff. Time: 0830 hrs Nov. 5, 2013
Timothy Cornett, RN white male stated, "We are willing to back off of you buddy-boy." - November 19, 2013 - 0800 hrs

### III. STATEMENT OF CLAIM - *continued.*

- Intentional Interference with the privilege of health care benefit. (Paid by Government) Defendants Knowingly subjected Plaintiff to personal harassment, intimidation, Abuse and embarrassment

- Blatant offensive sexual harassment [Groping Plaintiff's buttocks and gyrating in front of Plaintiff stating... "I got moves"] The Above done by white administrative Assistant on October 31, 2013 at Davita dialysis. -Time: 0945am

  Savannah Gains, RN (registered nurse) white female with Michele Owens, technician, white female walked close to my dialysis unit and said... "We won't poke fun of you anymore now that we know what size penis you have." The above took place on November 12, 2013 -Time: 0860thrs

  Brian Haurick, RN white male, made the following statement in the presence of other dialysis patients as well as peer staff...
  "You're not a drug dealer... You have drugs in your body now." If a girl sits in front of you with her legs wide apart she is trying to get money out of you. Time: 0745am - November 5, 2013

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

Trial by Jury - any other help as Court deems appropriate
Monetary settlement -$170,000⁰⁰
A fair and impartial opportunity to vindicate my rights and to bring closure to this long standing racial and religious vendetta.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 6 9 BLA day of March, 20 15.

Benjamin L Anderson
*Signature of Plaintiff*

1 Benjamin L. Anderson
2 445 W. Rebound Road
3 Lancaster, S.C. 29720
4 (864) 320-2280
5 Pro Se Litigant

6 In The United States District Court
7     For The District Court Of South Carolina

| | |
|---|---|
| Benjamin L. Anderson | CASE NO. |
| Plaintiff | |
| | Civil Rights Violations |
| V. | 42 U.S.C 1985(2) |
| | Civil Rights Act of 1866 |
| Davita Upstate Dialysis Center | |
| Defendant | |

The Plaintiff in the above captioned case alleges the Defendant, Davita Upstate Dialysis Center and their employees willfully and intentionally violated his civil rights. The Plaintiff alleges that the facility Administrator, in his individual capacity, did nothing to stop the racial harrassment and discrimination while Plaintiff was receiving life-support dialysis. The Plaintiff alleges that the Davita employees made intimidating and humiliating statements. The statements caused Plaintiff, mental anguish, suffering as well as

(1)

impairment to his reputation. The Plaintiff alleges that because he previously participated as a party and witness in Federal court proceeding, the Davita Dialysis group was more than willing to disparage me for that group in the previous lawsuit.

The Plaintiff an, African American, alleges that he was singled out and denied the benefit and privilege of enjoyment of a government paid health-benefit, dialysis, the same as white citizens. The Plaintiff alleges that the actors did not want him to sue and be a party to any previous or current lawsuit. The Plaintiff alleges that statements were made by white Davita employees in the presence of other patients to degrade him and to induce other staff and patients to poke fun of him. Comments such as: "That nigger boy is thinking about going back to our Jew boys to help him out."

The Plaintiff alleges that Davita Upstate Dialysis Center operated their health care business in the County of Greenville, South Carolina and as such is under the jurisdiction of The United States Federal District Court, for federal civil rights violations. The Plaintiff's mental anguish was severe enough to send him to a local emergency room.

## Jurisdiction

Jurisdiction is proper for: 42 USC 1985(2) and the Civil Rights Act of 1866

The Plaintiff, Benjamin L. Anderson during the relevant time period has always resided in the city of Greenville at 521 Anderson street from 1994 to 2014.

## Summary of Claims

(A.) Racial Harassment
(B.) Racial Discrimination
(C.) Rataliatory Harassment
(D) Conspiracy To Cause Injury
(E) Interference with Government Paid Health-Care-Dialysis
(F.) <u>Deprivation of Civil Rights</u>: To Support and Discourage lawsuit against previous Adversary and current coconspirator i.e. Invasion of Privacy by Loma Linda University Medical Center, Loma Linda California of The Adventist Health System.

March 9, 2015

*Benjamin L Anderson*
Benjamin L. Anderson
Pro Se Litigant

(3)